

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br><br>v.<br><br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased, SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br>        Defendants | Civil Action No: 19-04657<br><br>FILED<br>OCT 23 2019<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

### ORDER

AND NOW, this  23rd  day of  October , 2019, it is hereby ORDERED and DECREED that the Consent Judgment, attached as Exhibit A and the Order B, be made an Order of this Court.

_____

                                                                                                                J.

10/23/19 M Olita
J. Olita
S. Olita