UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased<br>SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br><br>Defendant(s) | CIVIL NO. 19-04657 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

    Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )     Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )     Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )     Certified mail by Sheriff's Office.
( )     Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(X)     Acknowledgment of Marshal's Sale by Defendant(s) (proof of acknowledgment attached).
( )     Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )     Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )     Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )     Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106-1532
(215) 627-1322
3129@kmllawgroup.com
ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased<br>SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br><br>Defendants | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br><br>ACTION OF MORTGAGE FORECLOSURE<br><br>No. 19-04657 |

## ACCEPTANCE OF SERVICE

I, **SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased,** accept service of the Notice of Sale on and I certify that I am authorized to do so.

DATED: 12-10-2019

_signature_
**SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased**

KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106-1532
(215) 627-1322
3129@kmllawgroup.com
ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**<br>Plaintiff<br>vs.<br>**JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased**<br>**SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased**<br><br>Defendants | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br><br>ACTION OF MORTGAGE FORECLOSURE<br><br>No. 19-04657 |

## ACCEPTANCE OF SERVICE

I, **JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased,** accept service of the Notice of Sale and I certify that I am authorized to do so.

DATED: 12/10/2019

_____
**JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased**

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | OLITA, JULIUS<br>1603 Highgrove Court #123<br>Warrington, PA 18976 | | | | DEPARTMENT OF PUBLIC WELFARE<br>ESTATE RECOVERY PROGRAM<br>P.O. Box 8486, Willow Oak Building<br>Harrisburg, PA 17105-8486 | | | | | | | |
| 2. | | OLITA, SUZANNE<br>1603 Highgrove Court #123<br>Warrington, PA 18976 | | | | INTERNAL REVENUE SERVICE - SPECIAL PROCEDURES BRANCH<br>1000 Liberty Avenue, Room 701A<br>Pittsburgh, PA 15222 | | | | | | | |
| 3. | | DOMESTIC RELATIONS OF MONTGOMERY COUNTY<br>PO Box 311<br>Norristown, PA 19404 | | | | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE INHERITANCE TAX DIVISION<br>1131 Strawberry Square<br>6th Floor<br>Harrisburg, PA 17128 | | | | | | | |
| 4. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Health & Welfare Building<br>PO Box 8018<br>Harrisburg, PA 17105 | | | | SEMANOFF, ORMSBY, GREENBERG & TORCHIA, LLC<br>Attn: John T. Ort, Esq.<br>140 East Butler Avenue<br>Chalfont, PA 18914 | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | Montgomery County<br>PO Box 311<br>Norristown, PA 19404 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Postmark stamp: NOV 4 2019

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001403708  $003.51⁰  NOV. 04. 2019

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse |
|---|---|---|---|---|
| 9 | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)

USA-198403   Montgomery County   Sale Date: 02/11/2020

JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased & SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased

NOS - Kim Bramble

| | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|

USPS Manifest Mailing System

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | | |
|---|---|---|---|---|---|---|---|
| | Sequence Number<br>8631-1 | | | Class of Mail<br>Mixed | | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703998319542<br>9171999991703998319542 | Almalih, Althahira<br>4491 Valley Circle Drive<br>Fayetteville, PA 17222 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703998319559<br>9171999991703998319559 | OLITA, SUZANNE<br>1603 Highgrove Court<br>#123<br>Warrington, PA 18976 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703998319566<br>9171999991703998319566 | OLITA, JULIUS<br>1603 Highgrove Court<br>#123<br>Warrington, PA 18976 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703998319573<br>9171999991703998319573 | Rashad M. Ali a/k/a Rashad Mohamed Ali,<br>4491 Valley Circle Drive<br>Fayetteville, PA 17222 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 4<br>4 | | 2.82<br>2.82 | 19.40<br>19.40 | | | 22.22<br>22.22 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____     Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C      Certified
                              ERR    Return Receipt



UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased<br>SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br><br>　　　　　　　　　　　Defendant(s) | CIVIL NO. 19-04657 |

### AFFIDAVIT PURSUANT TO RULE 3129.1

　　　THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

　　　330 Summer Street
　　　Royersford, PA 19468

1. Name and address of Owner(s) or Reputed Owner(s):

　　　JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased
　　　1603 Highgrove Court
　　　#123
　　　Warrington, PA 18976

　　　SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased
　　　1603 Highgrove Court
　　　#123
　　　Warrington, PA 18976

2. Name and address of Defendant(s) in the judgment:

　　　JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased
　　　1603 Highgrove Court
　　　#123
　　　Warrington, PA 18976

　　　SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased
　　　1603 Highgrove Court
　　　#123
　　　Warrington, PA 18976

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>DOMESTIC RELATIONS OF MONTGOMERY COUNTY
>PO Box 311
>Norristown, PA 19404
>
>PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
>PO Box 8018
>Harrisburg, PA 17105
>
>Montgomery County
>PO Box 311
>Norristown, PA 19404

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>DEPARTMENT OF PUBLIC WELFARE
>ESTATE RECOVERY PROGRAM
>P.O. Box 8486, Willow Oak Building
>Harrisburg, PA 17105-8486
>
>INTERNAL REVENUE SERVICE - SPECIAL PROCEDURES BRANCH
>1000 Liberty Avenue, Room 701A
>Pittsburgh, PA 15222
>
>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE INHERITANCE TAX DIVISION
>1131 Strawberry Square
>6th Floor
>Harrisburg, PA 17128
>
>SEMANOFF, ORMSBY, GREENBERG & TORCHIA, LLC
>Attn: John T. Ort, Esq.
>140 East Butler Avenue
>Chalfont, PA 18914

     I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: December 11, 2019

                                        KML Law Group, P.C.
                                        BY: Rebecca A. Solarz, Esq.
                                        Attorney for Plaintiff