

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

FILED
FEB 20 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

CIVIL ACTION NO.: 19-04657

I, _Daniel Donnelly_, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

330 Summer St, Royersford, PA 19468.

The public sale was held on Feb 11, 2020

and the highest bidder was $31,000 Marian L. Eiermann

who bid the amount of $ $31,000.

_____
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273

BIDDER #2 – $31,000



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Marian L Eiermann

ADDRESS: 321 Lee Dr

West Chester PA 19382

PHONE (DAY): 302 383 2360

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Marian L Eiermann + Michael Hane

The above is precisely how the name(s) are to appear in the deed

2 AD 716431  $9,000

NOTIFY: YES



**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: John Gainer

ADDRESS: 1413 Sherwood Rd.

Philadelphia PA 19131

PHONE (DAY): 717-471-0749

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

John P. Gainer

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: 46 Holdings LLC

ADDRESS: 633 Camp WaWa Road
Schwenksville PA 19473

PHONE (DAY): 484-644-9018

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

*[signature]*

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Cash Now LLC

ADDRESS: 63 Mt. Zion Rd. York

PA 17402

PHONE (DAY): 717-650-6061

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Cash Now LLC

The above is precisely how the name(s) are to appear in the deed