**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>19-04657 |
|---|---|
| DEFENDANT<br>Julius Olita and Suzanne Olita as heirs of Michael Olita, Deceased | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Julius Olita and Suzanne Olita as heirs of Michael Olita, Deceased
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
303 Iris Glen, Lititz, PA 17543

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FEB 20 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk<br>Joseph Goh | Date<br>2/11/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 2-11-20    Time 1100 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>2 DUSMS<br>2 Hours Each<br>$26.0 | Total Mileage Charges including endeavors<br>30<br>34 $36.80 | Forwarding Fee | Total Charges<br>$36.80 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00  $36.80 |
|---|---|---|---|---|---|

REMARKS:
US Marshals Sale of premises known as 330 Summer Street, Royersford, PA 19468. Sale was held at the Montgomery County Courthouse, 2 East Airy Street, Norristown, PA 19401

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13