# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff<br>　　v.<br><br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased<br>SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br>　　　　　　　　　Defendants | Civil Action No:  19-04657 |

## ORDER

AND NOW, this 20th day of October, 2020, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1.　That the public sale held on February 11, 2020 is hereby confirmed.

2.　That the Marshal is ordered and directed to execute and deliver to Marian L. Eiermann and Michael Hane, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased and SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased in and to the premises sold located at 330 Summer Street, Royersford, PA 19468.

3.　That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.