UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  Plaintiff<br><br>vs.<br><br>JULIUS OLITA Solely in His Capacity as Heir of Michael Olita, Deceased<br>SUZANNE OLITA Solely in Her Capacity as Heir of Michael Olita, Deceased<br><br>                  Defendants | CIVIL NO. 19-04657 |

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Marian L. Eiermann and Michael Hane………$31,000.00

Amount of cash received ................................................................$31,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A59531 ...................................................$31,000.00


                                                    KML Law Group, P.C.


                                                    By: /s/Rebecca A. Solarz, Esq.
                                                    Rebecca A. Solarz, Esquire
                                                    Suite 5000 – BNY Independence Center
                                                    701 Market Street
                                                    Philadelphia, PA  19106-1532
                                                    (215) 825-6327